# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3148

United States of America

Appellee

v.

Mohammed Almuttan, also known as Abu Ali

Appellant

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cr-00234-RLW-1)

___

**ORDER**

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

Appellant's motion for bail pending appeal is granted. Judge Stras would deny the motion for bail.

The clerk temporarily sealed the motion for bail and the government's response pending the court's consideration of the parties' motions to seal. The court has considered the motions to seal filed by appellant and appellee, and they are granted, and the materials will remain sealed.

January 04, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
        /s/ Michael E. Gans