**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 4:17-CR-234-RLW |
| v. ) | |
| ) | |
| **MOHAMMED ALMUTTAN,** ) | **FILED UNDER SEAL** |
| ) | |
| **Defendant.** ) | |

### DEFENDANT MOHAMMED ALMUTTAN'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant Mohammed Almuttan ("Almuttan"), by and through undersigned counsel, respectfully moves this Court for early termination of his term of supervised release at the earliest time permitted by law.

On October 3, 2022, Almuttan was sentenced to 48 months' imprisonment and to 2 years' supervised release.

On February 5, 2024, Almuttan was resentenced to 42 months' imprisonment and to 2 years' supervised release.

On August 9, 2024, this Court resentenced Almuttan to a total sentence of time served and to 2 years' supervised release.

While on supervised release, Almuttan has remained fully compliant. As it stands, he has paid all fines and court costs imposed in his judgment. In this time period, Almuttan has faced significant medical issues, the details of which can be provided to this Court under seal to the extent necessary. The United States Probation Office for the Eastern District of Missouri is fully aware of these circumstances.

Based on the foregoing, Almuttan respectfully requests that this Court grant this motion

for early termination of his supervised release at the earliest time permitted by law.

Wherefore, Defendant Almuttan respectfully requests this Honorable Court terminate his period of Supervised Release at the earliest time permitted by law and grant such other and further relief the Court deems appropriate.

        Respectfully submitted,

        **Margulis Gelfand, LLC**

        */s/ Justin K. Gelfand*
        JUSTIN K. GELFAND, #62265
        IAN T. MURPHY, #68289
        7700 Bonhomme Ave., Ste. 750
        St. Louis, MO 63105
        Telephone: 314.390.0234
        Facsimile: 314.485.2264
        justin@margulisgelfand.com
        ian@margulisgelfand.com
        *Counsel for Defendant*

## Certificate of Service

I hereby certify that I filed the foregoing through the Court's CM/ECF system, which will email a copy to counsel of record for the Government.

*/s/ Justin K. Gelfand*
JUSTIN K. GELFAND, #62265
IAN T. MURPHY, #68289
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
*Counsel for Defendant*